**2**

Gus BROWN v. STATE. (No. 10285.) (Court of Criminal Appeals of Texas. June 2, 1926. Rehearing Denied Oct. 20, 1926.) Appeal from District Court, Hardin County; Thos. B. Coe, Judge. Sam D. Stinson, State's Atty., of Austin, and Robt. M. Lyles, Asst. State's Atty., of Groesbeck, for the State.

HAWKINS, J. Conviction is for the unlawful transportation of intoxicating liquor; punishment being 18 months' confinement in the penitentiary. The record contains neither bills of exception nor statement of facts. In this condition, nothing is presented to this court for review. The judgment is affirmed.

### On Motion for Rehearing.

Our attention is called to the fact that in pronouncing sentence upon appellant the court

failed to give him the benefit of the indeterminate sentence statute. Art. 775, C. C. P. (1925). The sentence will therefore be reformed to require confinement of appellant in the penitentiary for not less than one year nor more than 18 months. The rehearing is granted to the extent of reforming the sentence as indicated, and otherwise it is overruled.